JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-167TSZ |
| Plaintiff, | ) ) | ORDER GRANTING |
| vs. | ) ) | STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL |
| NATHON G. ALLEN, | ) ) | MOTIONS DEADLINE |
| Defendant. | ) ) ) | |

THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of July 24, 2006 until the new trial date of September 18, 2006 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

//

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM DEADLINE
(*Nathon Allen;* #06-167TSZ)                        1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  //

2  IT IS THEREFORE ORDERED that the trial date in this matter is continued until

3  September 18, 2006, and that pretrial motions shall be filed no later than August 10, 2006.

4

5  DONE this 19th day of June, 2006.

6

7  

8  Thomas S. Zilly
   United States District Judge

9

10 Presented by:

11

12 s/ Peter J. Avenia
   WSBA #  20794
13 Attorney for Nathon G. Allen
   Federal Public Defender's Office
14 1601 Fifth Avenue, Suite 700
   Seattle, WA   98101
15 Phone:  (206) 553-1100
   Fax: (206) 553-0120
16 Peter_Avenia@fd.org

17 s/ Tate London
   Assistant United States Attorney
18 *Per Telephonic  Authorization*

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM DEADLINE
(*Nathon Allen;* #06-167TSZ)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**